Shannon N. McCarthy, ISB No. 10027
**MCCARTHY LEGAL, PLLC**
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 918-0186
Facsimile: (208) 856-7058
shannon@mccarthylawidaho.com

Todd C. Hayes, (*Pro Hac Vice*)
Thomas M. Williams, (*Pro Hac Vice*)
HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA  98101
(206) 340-8010
todd@harperhayes.com
twilliams@harperhayes.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG D BUILDERS INC., an Idaho corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, a foreign insurance company,<br><br>      Defendant. | Case No. 1:25-cv-00159-BLW<br><br>FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES<br><br>**JURY DEMAND** |

Plaintiff Big D Builders Inc., by and through their counsel of record, and for causes of action against Defendant American Zurich Insurance Company, alleges as follows:

### I. PARTIES

1. Plaintiff Big D Builders Inc. ("Big D") is a corporation formed under Idaho law with its principal place of business in Idaho.

**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 1**

2. Defendant American Zurich Insurance Company ("Zurich") is, on information and belief, a corporation formed under the laws of Illinois, with its principal place of business in Illinois.

## II. JURISDICTION & VENUE

3. Subject matter jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because Big D and Zurich are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred here, and under §§ 1391(d) because Zurich's contacts within this judicial district are sufficient to subject it to personal jurisdiction within this district.

## III. FACTS

5. Big D is the general contractor on the Jackson Jet Center New Hangar project at the Boise Airport ("the Project").

6. The Project consists of the construction of a single new stand-alone structure—the Jackson Jet Center airplane hangar.

7. Zurich sold Big D a builders risk insurance policy that insures certain risks relating to the Project, Policy No. ER78577446 ("the Policy").

8. The Policy's "Declarations" pages describe the Policy as a "single structure policy."

9. The Policy's limit was based upon the estimated total value of the Project, including all footing and foundation work.

10. Consistent with that, Zurich based the premium it charged to Big D on the same estimated total value of the Project.

**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 2**

11. On January 31, 2024, certain elements of the Project collapsed during construction, causing property damage to the entire Project.

12. Big D submitted an insurance claim to Zurich seeking coverage under the Policy for its losses arising out of the collapse.

13. Zurich agreed that the collapse was covered and accepted coverage for some of the damage to the Project.

14. For the portion of the damage that Zurich accepted coverage for, Zurich refused to pay $425,296.90 of the covered repair costs.

15. But Zurich also asserted that because certain elements of the Project—the Project's foundational footings and four columns—were installed prior to the inception date of the Policy, those Project elements are not "Covered Property" under the Policy.

16. Zurich's denial is based upon a Policy provision which states that "Covered Property does not include . . . [e]xisting buildings or structures to which an addition, alteration, improvement, or repair is being made."

17. Notwithstanding Zurich's position, all components of the Project—including the subject footings and columns—are "Covered Property."

18. The Project is a single structure project.

19. The individual components of the Project—including the subject footings and columns—do not themselves constitute "buildings or structures" (existing or otherwise) under the Policy.

20. The Project does not involve any additions, alterations, improvements, or repairs to existing buildings or structures.

**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 3**

21. On December 2, 2024, Big D sent a proof of loss to Zurich pursuant to Idaho Code § 41-1839(1), seeking payment of $1,164,102 for the damage to the subject footings and columns.

22. Big D's proof of loss also sought payment for a disputed balance owed ($708,422) for the cost to repair those elements of the Project which Zurich accepted coverage for. Zurich still has not paid $425,296.90 of that disputed balance, which amount is covered by the Policy.

23. On December 6, 2024, Zurich rejected Big D's proof of loss.

24. More than 30 days have elapsed since Zurich received Big D's proof of loss.

25. Zurich has failed to pay the amount identified in Big D's proof of loss relating to the subject footings and columns.

### IV.   CAUSES OF ACTION

#### COUNT ONE - DECLARATORY JUDGMENT

26. Big D incorporates herein by reference the foregoing and following allegations of the Complaint as though set forth herein.

27. An actual controversy exists between Big D and Zurich concerning the parties' rights under the Policy.

28. Pursuant to 28 U.S.C. § 2201(a), Big D is entitled to a declaration regarding those rights, including declarations that the damage to the Project's foundational footings and fours columns that are the subject of this dispute are covered under the Policy, and that Zurich intentionally or unreasonably denied coverage for that damage in bad faith.

#### COUNT TWO - BREACH OF CONTRACT

29. Big D incorporates herein by reference the foregoing and following allegations of the Complaint as though set forth herein.

30. The Policy is a binding contract between Zurich and Big D.

**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 4**

31. Zurich had a duty under the Policy to pay for the cost of repairing damage covered by the Policy, including the damage to the subject foundational footings and columns.

32. Zurich breached that duty by refusing to pay for the cost of repairing damage covered by the Policy, proximately causing harm to Big D in an amount to be proven at trial, but no less than $1,589,398.90.

### COUNT THREE - BAD FAITH

33. Big D incorporates herein by reference the foregoing and following allegations of the Complaint as though set forth herein.

34. Zurich intentionally or unreasonably denied Big D's claim for coverage relating to the subject foundational footings and columns in bad faith.

35. Zurich's bad faith conduct proximately caused harm to Big D in an amount to be proven at trial.

### V.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment against Defendant as follows:

1. A declaration as to the rights of the parties;

2. An award of money damages in an amount to be proven at trial, but no less than $1,589,398.90;

3. An award of pre- and post-judgment interest as allowed by law;

4. An award of attorney's fees and costs of litigation pursuant to Idaho Code § 41-1839(1), common law, or recognized ground in equity; and

5. Such other and further relief as this Court deems just and proper.

DATED this 29th day of September 2025.

        By: */s/ Shannon N. McCarthy*
           Shannon N. McCarthy (ISB No. 10027)
           MCCARTHY LEGAL, PLLC
           350 N. 9th Street, Suite 500
           Boise, Idaho 83702
           Telephone: (208) 918-0186
           Facsimile: (208) 856-7058
           shannon@mccarthylawidaho.com

        By: s/ *Todd C. Hayes*
           Todd C. Hayes, Pro Hac Vice
        By: s/ *Thomas M. Williams*
           Thomas M. Williams, Pro Hac Vice
           HARPER | HAYES PLLC
           1200 Fifth Avenue, Suite 1208
           Seattle, WA 98101
           (206) 340-8010
           todd@harperhayes.com
           twilliams@harperhayes.com

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues properly tried by a jury in the above-entitled matter.

DATED this 29th day of September 2025.

        **MCCARTHY LEGAL, PLLC**

        By: */s/ Shannon N. McCarthy*
           Shannon N. McCarthy

        **HARPER | HAYES PLLC**

        By: /s/ *Todd C. Hayes*
           Todd C. Hayes, Pro Hac Vice

        By: s/ *Thomas M. Williams*
           Thomas M. Williams, Pro Hac Vice

        Attorneys for Plaintiff

**FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 6**