Todd C. Hayes
Thomas M. Williams
HARPER | HAYES PLLC
Pro Hac Vice
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
(206) 340-8010
todd@harperhayes.com
twilliams@harperhayes.com

Shannon N. McCarthy, ISB No. 10027
McCarthy Legal, PLLC
350 N. 9th Street, Suite 500
Boise, ID 83702
Telephone: (208) 918- 0186
Fax No. (208) 856-7058
shannon@mccarthylawidaho.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| BIG D BUILDERS INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 1:25-cv-00159-BLW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS |

## I. STIPULATION

Plaintiff Big D Builders Inc. and Defendant American Zurich Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed with prejudice, with the parties bearing their own costs and attorney's fees.

DATED this 7th day of July 2026.

HARPER | HAYES PLLC

By: s/ *Thomas M. Williams*
Todd C. Hayes, Pro Hac Vice
Thomas M. Williams, Pro Hac Vice
Attorneys for Plaintiff

MCCARTHY LEGAL, PLLC

By: s/ *Shannon N. McCarthy*
Shannon N. McCarthy (ISB No. 10027)
Attorneys for Plaintiff

BALLARD SPAHR LLP

By: s/ *Andrew Yates*
Stephania Denton, Pro Hac Vice
Andrew Yates, Pro Hac Vice
Andrew Gust, Pro Hac Vice
Attorneys for Defendant

ANDERSON, JULIAN & HULL, LLP

By: s/ *Robby Perucca*
Robby Perucca, ISB No. 7001
Attorneys for Defendant



HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II. PROPOSED ORDER

Based on the above Stipulation, the Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

______________________________
B. LYNN WINMILL
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: s/ *Thomas M. Williams*
Todd C. Hayes, Pro Hac Vice
Thomas M. Williams, Pro Hac Vice
Attorneys for Plaintiff

BALLARD SPAHR LLP

By: s/ *Andrew Yates*
Stephania Denton, Pro Hac Vice
Andrew Yates, Pro Hac Vice
Andrew Gust, Pro Hac Vice
Attorneys for Defendant

MCCARTHY LEGAL, PLLC

By: s/ *Shannon N. McCarthy*
Shannon N. McCarthy (ISB No. 10027)
Attorneys for Plaintiff

ANDERSON, JULIAN & HULL, LLP

By: s/ *Robby Perucca*
Robby Perucca, ISB No. 7001
Attorneys for Defendant



HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010