**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

BIG D BUILDERS INC., an Idaho corporation,

Plaintiff,

v.

AMERICAN ZURICH INSURANCE COMPANY, a foreign insurance company,

Defendant.

No. 1:25-cv-00159-BLW

ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

**ORDER**

Based on the Stipulation of Dismissal filed by the parties (Dkt. 51), the Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

DATED: July 8, 2026

B. Lynn Winmill
U.S. District Court Judge